## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| CHAIM RABHAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV425-230 |
| | ) | |
| DEAN FLAKE, WELLS FARGO | ) | |
| BANK, NATIONAL | ) | |
| ASSOCIATION (INC.), and | ) | |
| TRUIST BANK, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Currently before the Court is Defendant Truist Bank's Motion to Stay Litigation Pending Resolution of Bankruptcy Proceeding, doc. 46, and Defendant Wells Fargo Bank, N.A.'s request to join Truist Bank's Motion, doc. 52. Plaintiff has filed a (belated) response to these Motions. Doc. 53. For the following reasons, Defendants' requests to stay are moot, at least for now.

All discovery deadlines in this case are stayed pending the District Judge's resolution of the latest of Plaintiffs' Motion to Remand, doc. 13, Truist's Motion to Dismiss, doc. 14, Truist's Motion to Compel Arbitration, doc. 15, and Wells Fargo's Motion for More Definite

1

Statement or Motion to Dismiss, doc. 26. *See* doc. 42. Now, Defendant Truist Bank seeks a stay of these proceedings pending the resolution of a related claim pending in the United States Bankruptcy Court for the Southern District of Georgia, *In re Master Lending Group, LLC*, No. 23-40569-EJC (Bankr. S.D. Ga.). Doc. 46 at 1. Defendant Wells Fargo joins in that request. Doc. 52. Importantly, the Motion to Stay does not rely on any automatic bankruptcy stay, *see* 11 U.S.C. § 362, since the debtor, Master Lending Group, LLC, is not a party to these proceedings. *See* doc. 46; *see also generally* docket. Instead, Truist Bank relies on this Court's "broad discretion" to stay cases pending other, related proceedings, to conserve judicial resources. Doc. 46.

For now, since all discovery deadlines in this case are already stayed, any request for an additional stay of those deadlines is moot. As the Court's prior Order directed, the parties are under an obligation to confer and submit a report under Rule 26(f) within 14 days of the District Judge's disposition of the latest of the four pending motions, docs. 13, 14, 15, & 26, should any claims remain pending in this Court. Doc. 42 at 5. At that time, Defendants may, if they so desire, refile any motion seeking

2

an additional stay of these proceedings.  The current Motions are

**DISMISSED AS MOOT**.  Docs. 46 & 52.

      **SO ORDERED**, this 5th day of February, 2026.

          _____

          CHRISTOPHER L. RAY

          UNITED STATES MAGISTRATE JUDGE

          SOUTHERN DISTRICT OF GEORGIA