AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

CHAIM RABHAN, et al.,

      Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

      **v.**

CASE NUMBER: 4:25-cv-00230

DEAN FLAKE, et al.,

      Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of this Court dated April 30, 2026, Plaintiff's Motion to Remand is granted.  This case is remanded to the State Court of Chatham County, Georgia.  This case stands closed.

| | |
|---|---|
| 4/30/2026 | John E. Triplett, Clerk of Court |
| *Date* | *Clerk* |
| | *(By) Ann Duke, Deputy Clerk* |

GAS Rev 10/1/03